1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, ADMINISTRATIVE MAINTENANCE FUND, and CONTRACT COMPLIANCE FUND,<br><br>            Plaintiffs,<br><br>      v.<br><br>STEINY AND COMPANY, INC., a California corporation,<br><br>            Defendant. | CASE NO.: 2:16-cv-05805-RGK-JC<br><br>ASSIGNED TO THE HONORABLE R. GARY KLAUSNER<br><br>**JUDGMENT** |

- 1 -

JUDGMENT

[Proposed] Judgment.doc

This action having been commenced on August 4, 2016, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, ADMINISTRATIVE MAINTENANCE FUND, and CONTRACT COMPLIANCE FUND shall recover from defendant STEINY AND COMPANY, INC., a California corporation, the principal amount of $783,236.06, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from October 1, 2016, until the judgment is paid in full.

Dated: September 2, 2016          _____
                                  HON. R. GARY KLAUSNER
                                  United States District Judge